■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR SPINNEY, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — In a habeas corpus proceeding, relator appeals from an order of the Supreme

Court, Dutchess County, entered January 25, 1963, which dismissed the writ and remanded him to the custody of respondent. Order affirmed, without costs (cf. *Matter* of *Hines* v. *State Bd. of Parole*, 293 N. Y. 254, 257; *People ex rel. Natoli* v. *Lewis*, 287 N. Y. 478, 481; *People ex rel. Di Lorenzo* v. *Fay*, 13 A D 2d 1034; *Matter of Mummiami* v. *New York State Bd. of Parole*, 5 A D 2d 923, cert. den. 362 U. S. 953). Beldock, P. J., Ughetta, Hill, Rabin and Benjamin, JJ., concur.